No. 10-8791. Thomas P. Richard, Petitioner v. Michael Wenerowicz, Superintendent, State Correctional Institution at Graterford.

563 U.S. 921, 131 S. Ct. 1821, 179 L. Ed. 2d 779, 2011 U.S. LEXIS 2748, ■

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-8793. Donell Simmons, Petitioner v. Illinois.

563 U.S. 921, 131 S. Ct. 1821, 179 L. Ed. 2d 779, 2011 U.S. LEXIS 2676.

April 4, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 398 Ill. App. 3d 1104, 370 Ill. Dec. 768, 988 N.E.2d 1124.

No. 10-8796. Herman Tracy Clark, Petitioner v. J. A. O'Brien, Warden.

563 U.S. 921, 131 S. Ct. 1821, 179 L. Ed. 2d 779, 2011 U.S. LEXIS 2752.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 399 Fed. Appx. 397.

No. 10-8803. Christopher Lamont Williams, Petitioner v. Henry Stewart, Warden.

563 U.S. 921, 131 S. Ct. 1821, 179 L. Ed. 2d 779, 2011 U.S. LEXIS 2683.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-8804. Richard Celli, Petitioner v. Florida.

563 U.S. 921, 131 S. Ct. 1821, 179 L. Ed. 2d 779, 2011 U.S. LEXIS 2719.

April 4, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 49 So. 3d 240.

No. 10-8809. Roneil Cornelison, Petitioner v. John Motley, Warden.

563 U.S. 921, 131 S. Ct. 1821, 179 L. Ed. 2d 779, 2011 U.S. LEXIS 2807.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 395 Fed. Appx. 268.

No. 10-8821. Melvin Ray Brummett, Jr., Petitioner v. Clair Teske, et al.

563 U.S. 921, 131 S. Ct. 1823, 179 L. Ed. 2d 779, 2011 U.S. LEXIS 2775.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 344 Fed. Appx. 373.

No. 10-8863. Stephen Loeber, Petitioner v. Steve Rader, Warden.

563 U.S. 921, 131 S. Ct. 1822, 179 L. Ed. 2d 779, 2011 U.S. LEXIS 2718.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.